## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

URSULA S. THOMAS COLE,

               Plaintiff,

v.

PRECISION AVIATION CONTROLS,
JAMES ROBERTSON, and SUSAN
THOMPSON,

               Defendants.

Case No. 6:19-CV-01295-KHV

## PLAINTIFF'S RESPONSE IN OPPOSITION
## TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COMES NOW, Plaintiff Ursula S. Thomas Cole ("Plaintiff"), by and through counsel, who states the plethora of material facts in genuine dispute preclude the issuance of a Summary Judgment. In addition, the Defendant's Motion, as written, is substantively and procedurally defective. Plaintiff further states as follows:

1.      Defendants ("Defendants") have failed to follow Federal Civil Procedure Rule 56 ("Rule 56") because it has not identified each claim or defense, or the part of each claim or defense, on which Summary Judgment is sought.

2.      Defendants' Motion violates Rule 56(c)(1)(A) because it failed to cite a material fact that cannot be genuinely disputed. Further, assuming the first five paragraphs of Defendant's Motion constitutes some type of material facts that cannot be contested, the Motion failed to cite particular parts of materials in the record to support such a notion.

3.      Defendant bears the burden of demonstrating the absence of a genuine issue of material fact but fails to do so.

4.      Presumably, Defendants have tried to "fix" its procedural and substantive defects by improperly attempting to incorporate its Memorandum in Support. Even if this was allowed the Memorandum, while it contains some cites to the record, fails to allege which citations are purportedly tied to material facts that cannot be genuinely disputed.

5.      Defendants' Memorandum of Law must be stricken because it fails to comply with the United States District Court of Kansas' Local Rules ("Local Rule(s)). Local Rule 56.1 (a) is entitled "Motions for Summary Judgment." Defendants' Motion is in violation of subsection (a) because it fails to begin with a concise statement of material facts as to which it contends no genuine issue exists.

6.      Plaintiff incorporates by reference her Opposing Memorandum in Support of the Response to Defendants' Motion for Summary Judgment, exhibits, and all other documents filed on this day as though fully set forth herein.

Respectfully submitted,

**KATRINA Y. ROBERTSON, LLC**

_/s/ *Katrina Y. Robertson*_____
Katrina Y. Robertson KSD 78226
1101 Walnut Street
Suite 203
Kansas City, Missouri 64106
OFFICE: (816) 885-4974
FACSIMILE: (816) 817-4964
EMAIL:  kyr@kyrobertsonlaw.com

and

2

**Banks Law LLC**

*/s/ Eric Kendall Banks*
Eric Kendall Banks KSD #78071
1824 Chouteau
St. Louis, Missouri 63103
314-583-7075
302-365-2789 (e-Fax)
ericbanks@bankslawllc.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2021, I caused the aforementioned document to be electronically filed with the Clerk of the Court using the CM/ECF filing system which will send a copy to counsel for all parties of record.

*/s/ Katrina Y. Robertson*
Katrina Y. Robertson